UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET

VERSUS                                      NO. 23-159

QUINTRELL BROWN                             SEC. "A"

**ORDER**

Considering the foregoing motion,

IT IS ORDERED that defendant's Motion for Reconsideration of Detention Order be and hereby is set for the _____ day of _____, 2023.

New Orleans, Louisiana this _____ day of September, 2023.

_____
UNITED STATES MAGISTRATE