UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-159 |
| QUINTRELL BROWN | SECTION: A |

## ORDER

**IT IS ORDERED** that defendant's Motion for Reconsideration of Detention (Rec. Doc. No. 102) is set for hearing on October 5, 2023 at 12:00 p.m. before Magistrate Judge Donna Phillips Currault.

New Orleans, Louisiana this 2nd day of October 2023.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

NEF:
U.S. Probation